# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| **ARDON VISUAL COMMUNICATIONS CORP,**<br>*Plaintiff,*<br><br>v.<br><br>**125 DEVELOPMENT NH CORP, COLEMAN MCDONOUGH, INDIVIDUALLY AND AS MANAGER OF 125 DEVELOPMENT NH CORP, AND JENNIFER MCDONOUGH, INDIVIDUALLY,**<br>*Defendants,*<br><br>v.<br><br>**TAYLOR CAMPBELL,**<br>*Third-Party Defendant.* | Case No. 1:25-cv-00104-SE<br><br>JURY TRIAL DEMANDED |

**AMENDED AFFIDAVIT OF JOHN F. NAGLE**

I, JOHN F. NAGLE, in accordance with the rules of the United States District Court District of Massachusetts, do hereby request that I be admitted *pro hac vice* to represent Plaintiff Ardon Visual Communications, Corp. and Third-Party Defendant Taylor Campbell (the "Ardon Parties") in the above captioned matter and in support of said Motion, set forth the following under penalty of perjury:

1. I am a member of the law firm Kenney & Sams, PLLC, and a member in good standing of the state of Massachusetts as evidenced by the Certificate of Good Standing attached hereto as Exhibit "B".

2. I was admitted to practice law in the State of Massachusetts before the Supreme

2

Judicial Court on November 29, 2007 and have remained an active member of the Massachusetts bar in good standing and eligible to practice in those courts since that time.

  3. I was admitted to practice before the United States District Court for the District of Massachusetts on January 24, 2008 and have remained in good standing and eligible to practice in that court since that time.

  4. I was admitted to practice before the U.S. Court of Appeals, First Circuit on December 26, 2007 and have remained in good standing and eligible to practice in that court since that time.

  5. I have never been denied admission to any Court in which I have sought *pro hac vice* status or permanent admission nor have I ever been disciplined by any Court or Disciplinary Board.

  6. I am not currently suspended or disbarred in any jurisdiction.

  7. I designate J. Nathan Cole, Esquire, who is duly and legally admitted to practice in this Court as my local counsel and the individual upon whom service may be had in all matters connected with such legal proceedings or a disciplinary matter with the same effect as if personally made upon me within the Commonwealth.

  8. My clients in this case, the Ardon Parties, specifically desires to have Kenney & Sams, PLLC represent its interest in this matter.

  9. I have experience in investigating, preparing, evaluating and litigating these matters. I believe that my participation in this case and the continued participation of my firm in this case will expedite the conclusion of this case rather than delay it.

  10. I have studied this Honorable Court's local rules of Civil Procedure and agree that I shall be subject to the disciplinary orders and amenable to the disciplinary action of the civil jurisdiction of the Courts of New Hampshire and the New Hampshire State Bar in all respects as

if I were a regularly admitted licensed member of the Bar of the Commonwealth of New Hampshire in good standing.

11.     The state of New Hampshire grants the privilege of *pro hac vice* admission to members of the Bar of the Commonwealth of Massachusetts.

12.     I certify that all of the foregoing statements made by me are true, I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Respectfully Submitted,

**KENNEY & SAMS, PLLC**

Dated:  June 17, 2025

/s/ John F. Nagle
John F. Nagle, Esquire
jfnagle@kslegal.com
KENNEY & SAMS, PLLC
Reservoir Nine
144 Turnpike Road, Suite 350
Southborough, MA  01772
P: 508-490-8500